FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 04 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICE M. HULL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE OF GEORGIA, INC., a Georgia corporation,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 1:11-cv-00163-AT |

## STIPULATION OF DISMISSAL

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Patrice M. Hull and Defendant Coventry Healthcare of Georgia, Inc., by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action with prejudice and without costs or fees to either party. Having reviewed in camera the terms of the parties' confidential settlement agreement, the Court approves by this Order the settlement and the release of Fair Labor Standards Act and other claims as fair and reasonable and on the terms set forth in the parties' agreement. This Court shall retain jurisdiction to enforce the terms of the parties' settlement.

STIPULATED AND AGREED:

_____
THE KATZ LAW GROUP
Stephen M. Katz, Esq.
4799 Olde Towne Parkway
Suite 200
Marietta, GA 30068

*Attorney for Plaintiff Patrice M. Hull*

_____
ASHE, RAFUSE & HILL LLP
R. Lawrence Ashe, Jr. (Bar No. 024500)
lawrenceashe@asherafuse.com
Teeka K. Harrison (Bar No. 543115)
teekaharrison@asherafuse.com
1355 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309-3232
Tel: 404.253.6000

Fax: 404.253.6060

*Of Counsel:*
MORGAN, LEWIS & BOCKIUS LLP
Michael J. Puma (admitted *pro hac vice*)
W. John Lee (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
mpuma@morganlewis.com
jlee@morganlewis.com
Tel: 215.963.5305/5210
Fax: 215.963.5001

*Attorneys for Defendant Coventry Health Care of Georgia, Inc.*

SO ORDERED:

_/s/ Amy Totenberg_    May 4, 2011